JOHN S. DAVENPORT, as Receiver of the BANK OF STATEN ISLAND, Appellant, *v.* ANNIE C. B. FOSTER, as Administratrix with the Will Annexed of the Estate of AUGUSTUS PRENTICE, Deceased, Respondent, Impleaded with Others.

*Davenport* v. *Prentice,* 134 App. Div. 916, affirmed.
(Argued March 22, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 28, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action against directors of a bank to recover the amount of a defalcation alleged to have been made possible by their negligence.

*Nathan D. Stern, Arthur O. Townsend* and *John G. Clark* for appellant.

*John G. Milburn, Frederick P. Forster* and *Henry A. Forster* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.